UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PHILADELPHIA INDEMNITY INSURANCE :
COMPANY, :
                            Plaintiff, :
: 22-CV-8065 (VSB)
       -against- :
: **ORDER**
CRUM & FORSTER SPECIALTY :
INSURANCE COMPANY, :
                         Defendants. :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On July 11, 2023, I entered an order endorsing a schedule proposed by the parties in which they would either complete briefing on a pending motion to dismiss or stipulate to the dismissal of this matter by September 8, 2023.  (Doc. 34.)  As of the entry of this order, parties have neither fully briefed the motion to dismiss nor stipulated to dismissal.  Accordingly, by September 18, 2023, parties shall either file a status letter proposing further steps for the adjudication of this action or file their stipulation of dismissal.

      Parties are further informed that this action may be dismissed pursuant to Fed. R. Civ. P. 41(b) if no one takes affirmative steps to prosecute or defend this action.

SO ORDERED.

Dated:    September 13, 2023
              New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge