UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                      :

PHILADELPHIA INDEMNITY INSURANCE :
COMPANY,                                  :

                         Plaintiff,     :                     22-CV-8065 (VSB)

                                      :

            -against-             :

                                      :                    **ORDER**

CRUM & FORSTER SPECIALTY       :
INSURANCE COMPANY,             :

                         Defendant.  :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

The Clerk of Court is respectfully directed to terminate all pending motions on the

docket.

SO ORDERED.

Dated:  November 6, 2023
       New York, New York

                                 Vernon S. Broderick
                                 United States District Judge